IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARK RICE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:17CV219 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Treated as a motion,

IT IS ORDERED that the Petitioner's objection to memorandum and order (filing no. 5) is denied.

DATED this 11th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge